# PD-0054&0055&0056-15

CAUSE NO._____

COA CAUSE NO. 01-13-00415-CR, 01-13-00416-CR, 01-13-00417-CR
TRIAL CAUSE NO. 1308988, 1328806, 1328807

| | | |
|---|---|---|
| JAVIER NOEL CAMPOS | * IN THE COURT OF | **RECEIVED IN**<br>**COURT OF CRIMINAL APPEALS** |
| VS. | * CRIMINAL APPEALS | |
| THE STATE OF TEXAS | * AUSTIN, TEXAS | **JAN 30 2015** |

Abel Acosta, Clerk

## MOTION TO SUSPEND TRAP RULE 9.3(b)

**COMES NOW, JAVIER NOEL CAMPOS**, Appellant, and respectfully moves this Honorable Court to suspend TRAP Rule 9.3(b) pursaunt to TRAP Rule 2, allowing Appellant to file only the original Petition for Discretionary Review instead of the required eleven (11) copies as required by TRAP Rule 9.3(b).

In support thereof, Appellant would show the Court the following:

### I

The Court of Appeals, First District of Texas affirmed Appellant's conviction in the above numbered and styled above cause on January 13, 2015.

**FILED IN**
**COURT OF CRIMINAL APPEALS**

**JAN 30 2015**

**Abel Acosta, Clerk**

### II

Appellant was advised from his court appointed appellate attorney that Appellant is no longer entitled to further representation and would not file a Petition for Discretionary Review. Appellant is proceeding Pro Se.

### III

Appellant is incarcerated at TDCJ, Stiles Unit, 3060 FM 3514, Jefferson County, Beaumont, Texas and does not have access to a copy machine. Appellant is also indigent.

### PRAYER

**WHEREFORE, PREMISES CONSIDERED**, Appellant respectfully prays that this Honorable Court suspend TRAP Rule 9.3(b) pursaunt to TRAP Rule 2 and allow Appellant to file only the original Petition of Discretionary Review.

Respectfully Submitted,

_J. Campos_
Javier N. Campos-Appellant
Pro Se Representation
Stiles Unit
3060 FM 3514
Beaumont, TX. 77705

# CERTIFICATE OF SERVICE

I, Javier N. Campos, certify that a true and correct copy of the foregoing Motion was mailed to the District Attorney, Harris County, 1201 Franklin, Suite 600, Houston, Texas 77002 on this 21st day of January, 2015.

Respectfully Submitted,

J. Campos

Javier N. Campos-Appellant
Pro Se Representation
Stiles Unit
3060 FM 3514
Beaumont, TX. 77705

CAUSE NO._____
COA CAUSE NO. 01-13-00415-CR, 01-13-00416-CR, 01-13-00417-CR

JAVIER NOEL CAMPOS                    *  IN THE COURT OF
                                      *
        VS.                           *  CRIMINAL APPEALS
                                      *
THE STATE OF TEXAS                    *  AUSTIN, TEXAS


### ORDER TO SUSPEND TRAP RULE 9.3(b)

On this ......day of.................., 2015, came to be heard and having considered the Appellant's Motion to Suspend TRAP Rule 9.3(b) pursuant to TRAP Rule 2, the Court hereby rules said Motion is:

_____GRANTED; And therefore, it is ORDERED, ADJUDGED AND DECREED that Appellant file only the original Petition for Discretionary Review instead of the required eleven (11) copies as required by TRAP Rule 9.3(b).

_____DENIED; to which Defendant respectfully accepts.


SIGNED this_____day of_____, 2015.



_____
JUDGE PRESIDING